# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D18-1649

———————————————

LAMARQUIS DEWAYNE POWELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Jackson County.
Christopher N. Patterson, Judge.

May 15, 2019

PER CURIAM.

AFFIRMED.

RAY and WINSOR, JJ., and SHARRIT, MICHAEL S., Associate Judge, concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Andy Thomas, Public Defender, and Greg Caracci, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.